UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>      *Plaintiff*,<br><br>v.<br><br>NATIONAL PARK SERVICE,<br><br>      *Defendant.* | Case No. 20-CV-1888-TNM |

**JOINT STATUS REPORT**

Plaintiff Public Employees for Environmental Responsibility and Defendant National Park Service respectfully file this Joint Status Report, pursuant to the Court's Minute Order of February 5, 2021. This case arises under the Freedom of Information Act ("FOIA"). Counsel for the parties have conferred and jointly report as follows:

1.    Plaintiff initiated this FOIA lawsuit on July 13, 2020, seeking certain records relating to the events in Lafayette Park in Washington, D.C., on the evening of June 1, 2020.

2.    Defendant filed its Answer on August 20, 2020.

3.    Defendant has conducted its searches in response to Plaintiff's FOIA request and has found roughly 5,000 pages of potentially responsive documents.

4.    Defendant made its most recent release of 412 pages of responsive records on March 16, 2021.

5.    Defendant anticipates it will makes its next release on or before April 15, 2021. Thereafter, Defendant anticipates making a release on or before the 15th day of each month or, if

the 15th day of the month is a Saturday, Sunday, or Federal holiday, by the next day that is not a Saturday, Sunday, or Federal holiday.

 The parties jointly propose that the Court set a deadline of June 4 for another joint status report by the parties, to update the Court on the status of the production and whether the parties are able to propose a schedule for dispositive motions at that time.

Dated:  April 5, 2021

*s/ Paula Dinerstein*
Paula Dinerstein, DC Bar # 333971

Kevin H. Bell
NY Bar No. 5448626 (pending local admission)

Public Employees for Environmental Responsibility
962 Wayne Ave, Suite 610
Silver Spring, MD 20910
(202) 265-7337

*Attorneys for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Jordan L. Von Bokern*
JORDAN L. VON BOKERN
(D.C. Bar # 1032962)
JASON C. LYNCH
(D.C. Bar No. 1016319)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 305-7919
Fax: (202) 616-8460
Jordan.L.Von.Bokern2@usdoj.gov

*Attorneys for Defendant*