UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONAL PARK SERVICE,<br><br>*Defendant.* | Case No. 20-CV-1888-JMC |

## JOINT STATUS REPORT

Plaintiff Public Employees for Environmental Responsibility and Defendant National Park Service respectfully file this Joint Status Report, pursuant to the Court's Minute Order of February 2, 2022. This case arises under the Freedom of Information Act ("FOIA"). Counsel for the parties have conferred and jointly report as follows:

1. Plaintiff initiated this FOIA lawsuit on July 13, 2020, seeking certain records relating to the events in Lafayette Park in Washington, D.C., on the evening of June 1, 2020.

2. Defendant filed its Answer on August 20, 2020.

3. Defendant has completed its processing of Plaintiff's FOIA request and the production of responsive records for that request.

4. The parties are attempting to resolve their potential disagreements regarding the processing of the FOIA request at issue without further Court action. The parties request they be permitted to file another joint status report by June 3, 2022, to update the Court on their progress and to propose a schedule for further proceedings in this case if necessary.

The parties jointly propose that the Court set a deadline of June 3, 2022, for another joint status report by the parties, to update the Court on the status of their discussions and whether the parties are able to propose a schedule for dispositive motions, if any, at that time.

| | |
|---|---|
| Dated: April 4, 2022 | Respectfully submitted, |
| *s/ Paula Dinerstein* <br> Paula Dinerstein, DC Bar # 333971 | BRIAN M. BOYNTON <br> Acting Assistant Attorney General |
| Kevin H. Bell <br> NY Bar No. 5448626 (pending local admission) | ELIZABETH J. SHAPIRO <br> Deputy Director, Federal Programs Branch |
| Public Employees for Environmental Responsibility <br> 962 Wayne Ave, Suite 610 <br> Silver Spring, MD 20910 <br> (202) 265-7337 | */s/ Michael P. Clendenen* <br> MICHAEL P. CLENDENEN <br> (D.C. Bar # 1032962) <br> Trial Attorney <br> U.S. Department of Justice <br> Civil Division, Federal Programs Branch <br> 1100 L Street, NW <br> Washington, D.C. 20005 <br> Tel: (202) 305-0693 <br> Fax: (202) 616-8460 <br> michael.p.clendenen@usdoj.gov |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |